October 20, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HENRY RICHARD BULLOCK, JR., Appellant

NO. 14-14-00304-CR                                        V.

THE STATE OF TEXAS, Appellee

_____

This court today heard a motion for rehearing filed by appellant, Henry Richard Bullock, Jr. We order the motion be denied, and that the court's former judgment of July 9, 2015, be vacated, set aside, and annulled. We further order this court's Memorandum Opinion of July 9, 2015, withdrawn.

This cause was heard on the transcript of the record of the court below. Having considered the record, this Court holds that there was no error in the judgment. The Court orders the judgment **AFFIRMED**.

We further order appellant pay all costs expended in the appeal.

We further order this decision certified below for observance.